UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON SAVAGEAU, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:18-cv-11021-FDS |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

**ORDER ENTERING JUDGMENT
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH VOLUNTARY REVERSAL
AND REMAND TO THE COMMISSIONER OF SOCIAL SECURITY**

The Court hereby allows Defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to the Defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. The Appeals Council will direct the ALJ as follows:

> The Administrative Law Judge will obtain an updated form SSA-632-BK, "Request for Waiver of Overpayment Recovery or Change in Repayment Rate," from the claimant, as well as documentation of the claimant's reported household income, expenses and assets. She will afford the claimant an opportunity for a hearing and will consider the entire record, including the new evidence, and make findings with accompanying rationale, regarding whether the claimant was without fault in causing the overpayment; whether recovery would defeat the purpose of Title II of the Social Security Act; whether recovery would be against equity and good conscience; and whether overpayment can be waived (20 C.F.R. 404.506¬-509, 404.510a, 404.512).

SO ORDERED this  5th  day of  November , 2018.

/s/ F. Dennis Saylor, IV
F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT COURT